UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES DUNN

CIVIL ACTION

VERSUS

16-81-SDD-EWD

JASON KENT, ET AL.

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 7, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application is hereby DENIED, and this proceeding is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that, if the Petitioner seeks to pursue an appeal, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 28th day of March, 2019.

*Shelly Dick*

**SHELLY D. DICK, CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.